OLYMPIAREINIGUNG, GMBH, Appellant,

v.

Les BROWNLEE, Acting Secretary of the Army, Appellee.

No. 03–1261.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before MAYER, Chief Judge, RADER, and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

SPOTLESS ENTERPRISES, INC. and Spotless Plastics Pty. Ltd., Plaintiffs–Appellants,

v.

A & E PRODUCTS GROUP L.P., Defendant–Appellee.

No. 04–1171.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before MAYER, Chief Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.